NO. 07-10-0056-CV

 IN THE COURT OF APPEALS

 FOR THE SEVENTH DISTRICT OF TEXAS

 AT AMARILLO

 PANEL A

 MARCH 30, 2010

 ______________________________

 JOE MARKHAM, APPELLANT

 VS.
 
 AQUENT, L.L.C., APPELLEE

 _________________________________

 FROM THE 108[TH][TH] DISTRICT COURT OF POTTER COUNTY;

 NO. 97,206-E; HONORABLE DOUGLAS R. WOODBURN, JUDGE

 _______________________________

Before CAMPBELL and HANCOCK and PIRTLE, JJ.
 MEMORANDUM OPINION
Pending before this Court is Appellant's First Amended Motion to Dismiss for Mootness filed on behalf of Appellant, Joe Markham. By this motion Appellant contends that this accelerated appeal of the order denying his special appearance in the trial court below should be dismissed because Appellee, Aquent, L.L.C., has non-suited all claims against him in that proceeding. Without passing on the merits of the case, the motion is granted and the appeal is hereby dismissed. See Tex. R. App. P. 42.1(a)(1). Having dismissed the appeal at Appellants request, no motion for rehearing will be entertained and our mandate will issue forthwith.
Appellant requests this Court to grant him judgment for costs. Absent agreement of the parties, in dismissing an appeal, an appellate court must tax costs against the appellant. See Tex. R. App. P. 42.1(d).

Patrick A. Pirtle
 Justice